UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TOWNSEND BENNET**                                          **CIVIL ACTION**

**VERSUS**                                                   **NO: 06-1754**

**MARLIN GUSMAN**                                            **SECTION: "K"(2)**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** there will be judgment herein in favor of defendant, Marlin Gusman, and against plaintiff, Townsend Bennet, **DISMISSING WITH PREJUDICE** plaintiff's claims under 42 U.S.C. § 1983 as legally frivolous and/or for failure to state a claim under 28 U.S.C.§ 1915(e)(2).

New Orleans, Louisiana, on this __9th__ day of March, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**